UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:17-cv-7057 ) |
| JOHN F. WALLIN, | ) ) ) |
| Defendant. | ) ) |

## SECURITIES AND EXCHANGE COMMISSION'S
## MOTION FOR ENTRY OF JUDGMENT

Plaintiff United States Securities and Exchange Commission ("SEC") hereby moves this Court for entry of judgment as to Defendant John F. Wallin. In support thereof, the SEC states as follows:

1. On September 25, 2017, Defendant Wallin signed the Consent of Defendant John F. Wallin, an executed copy of which is attached hereto as Exhibit 1.

2. In the Consent, Defendant Wallin agreed to entry of judgment against him. Among other things, Defendant Wallin agreed to the issuance of an injunction restraining him from violating the federal securities laws. (Ex. 1, ¶ 2.) Defendant Wallin also agreed that, upon motion of the SEC, the Court shall determine whether it is appropriate to order a civil penalty pursuant to Section 21(d)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3), and, if so, the amount of the civil penalty. (Ex. 1, ¶ 4.)

3. Exhibit 2 to this Motion is the agreed Judgment as to Defendant John F. Wallin. The agreed Judgment reflects a bifurcated settlement. The Judgment includes a permanent injunction, to be ordered now. The Judgment further contemplates a future determination by this

Court as to the propriety of a civil penalty and the amount thereof (following the filing of a motion by the SEC, and the opportunity of Defendant to be heard on the matter).

WHEREFORE, Plaintiff United States Securities and Exchange Commission respectfully requests that the Court grant its Motion; enter the Judgment set forth in Exhibit 2; and grant such other and further relief as this Court deems just and proper.

Dated: October 2, 2017                                    Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Alyssa A. Qualls
Alyssa A. Qualls (Quallsa@sec.gov)
Steven C. Seeger (Seegers@sec.gov)
Charles J. Kerstetter (Kerstetterc@sec.gov)
Ariella O. Guardi (Guardia@sec.gov)
Christopher H. White (Whitech@sec.gov)
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390
(312) 353-7398 (FAX)

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

# CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on October 2, 2017, a copy of the foregoing Plaintiff Securities and Exchange Commission's Motion for Entry of Judgment was served upon the following counsel by email:

John F. Hartmann
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
john.hartmann@kirkland.com

Attorney for Defendant

                                        /s/ Alyssa A. Qualls_____
                                        Alyssa A. Qualls