# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

US Securities and Exchange Commission

                        Plaintiff,

v.                                     Case No.: 1:17−cv−07057
                                             Honorable Sharon Johnson Coleman

John F. Wallin

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 10/5/2017. Plaintiff's motion for entry of judgment [6] is granted. Judgment is entered in favor of plaintiff and against defendant as set forth in the motion. Plaintiff is reminded to submit a proposed order to this court's Proposed Order Inbox. Plaintiff's motion for civil penalties to be filed by 10/26/2017. Response due by 12/11/2017. Reply due by 12/18/2017. Once fully briefed, the matter is taken under advisement. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.